## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-272-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

11.    JASON HOLGUIN,

     Defendant.

_____

## ORDER
_____

Magistrate Judge Nina Y. Wang

     This matter comes before the court on defendant Jason Holguin's "Motion to Remove DAVID KOPPA as Defendant Counsel, for Ineffective assistance of Counsel and for appointment of new CJA Defense Counsel" [#726, filed February 23, 2016], which was referred to this Magistrate Judge pursuant to D.C.COLO.LCrR 57.1 and the Memorandum dated February 23, 2016 [#727].   This court held a hearing on this matter on March 2, 2016 that included defense counsel David Koppa and defendant.   An interpreter was provided for defendant, but defendant indicated on the record that he did not need an interpreter; wished to proceed in English; and understood the court.

     Having inquired of defendant and counsel the reasons for defendant's request for new counsel that precipitated the pending Motion, this court finds good cause for granting the motion based on circumstances leading to a breakdown of communication between counsel and defendant.   Accordingly, this court GRANTS the Motion to Withdraw as Counsel of Record

[#726], terminates Mr. Koppa as counsel of record for defendant Holguin, and appoints

defendant new counsel from the CJA Panel.  Any motion for an ends-of-justice continuance must

be filed and considered by the presiding judge in this matter, the Honorable Robert E. Blackburn.

DATED:  March 2, 2016                       BY THE COURT:


                                            s/ Nina Y. Wang
                                            United States Magistrate Judge